UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA R. BURWELL, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-02026-LRH-GWF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CITY OF LAS VEGAS, ) | |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (#1), filed on December 16, 2011. Plaintiff filed this instant action and attached a financial affidavit to the application and complaint as required by 28 U.S.C. § 1915(a). Reviewing Plaintiff's financial affidavit pursuant to 28 U.S.C. § 1915, the Court finds that Plaintiff is unable to pre-pay the filing fee. As a result, Plaintiff's request to proceed in forma pauperis in federal court is granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis (#1) is **granted**. Plaintiff shall not be required to pay an initial filing fee.

**IT IS FURTHER ORDERED** that a status hearing is scheduled for **Thursday, February 2, 2012, at 9:30 AM** in courtroom 3A, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that only Plaintiff, TERESA BURWELL, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

. . .

1 **IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order on the
2 Plaintiff by certified mail, return receipt requested.
3 DATED this 21st day of December, 2011.

_____
GEORGE FOLEY JR.
United States Magistrate Judge