UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| TERESA R. BURWELL, | ) |
| | ) |
| Plaintiff, | )   2:11-cv-2026-LRH-GWF |
| | ) |
| v. | ) |
| | )   ORDER |
| CITY OF LAS VEGAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Before the court is defendant City of Las Vegas's ("City") motion to dismiss. Doc. #8.

After the filing of defendants' motion to dismiss, plaintiff Teresa Burwell ("Burwell") filed an amended complaint. Doc. #10. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, the City's motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss without prejudice to allow the City an opportunity to respond to the amended complaint.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #8) is DENIED without prejudice.

IT IS SO ORDERED.

DATED this 11th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE